435 A.2d 261

Shaffer, Appellants v. Schaeffer et al., Appellants.

 Argued March 5, 1980. John J. Krafsig, Jr., for Schaeffer, appellants (at No. 252) and appellees (at No. 258); Robert G. Radebach, for Shaffer, appellants (at No. 258) and appellees (at No. 252).

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The order of the lower court is affirmed.